No. 10–8200. IN RE THOMAS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 10–545. GOLAN ET AL. *v.* HOLDER, ATTORNEY GENERAL, ET AL. C. A. 10th Cir. Certiorari granted. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–516. RAST ET AL. *v.* UNITED STATES;
No. 10–528. PUGH ET AL. *v.* UNITED STATES; and
No. 10–533. MCNAIR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–576. FIDEICOMISO DE LA TIERRA DEL CANO MARTIN PENA *v.* FORTUNO, GOVERNOR OF PUERTO RICO, ET AL. C. A. 1st Cir. Certiorari denied.

No. 10–622. S&M BRANDS, INC., ET AL. *v.* CALDWELL, ATTORNEY GENERAL OF LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 10–649. APOLLO GROUP, INC., ET AL. *v.* POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO. C. A. 9th Cir. Certiorari denied.

No. 10–671. WINE COUNTRY GIFT BASKETS.COM ET AL. *v.* STEEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–715. LESLIE ET AL. *v.* CARNIVAL CORP. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 10–721. SENSIENT TECHNOLOGIES CORP. ET AL. *v.* SENSORYEFFECTS FLAVOR CO., FKA SENSORYFLAVORS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–722. DEAN *v.* COMPUTER SCIENCES CORP. C. A. 10th Cir. Certiorari denied.

No. 10–724. HATMAKER *v.* MEMORIAL MEDICAL CENTER. C. A. 7th Cir. Certiorari denied.